## Donna June ENRIGHT, Petitioner–Appellant,

v.

## Jo ACTON, Warden, Montana State Women's Prison; et al., Respondents–Appellees.

### No. 07–35767.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 5, 2008.

Donna June Enright, Billings, MT, pro se.

Before HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Montana state prisoner Donna June Enright appeals pro se from the district court's judgment dismissing her 28 U.S.C. § 2254 petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The district court determined that Enright was not entitled to equitable tolling, but granted a certificate of appealability on the issue. In her opening brief, Enright fails to address, and therefore has waived any challenge to, the district

court's dismissal of her habeas petition as untimely. *See United States v. Vought,* 69 F.3d 1498, 1501 (9th Cir.1995).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

